# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 mj 28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DINA GARFINKEL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Modify Conditions of Release (#10) filed by counsel for Defendant. In the motion, the Defendant and her counsel requests that the Order Setting Conditions of Release (#7) be amended to allow Defendant to travel to New York, New York for the purpose of resolving issues regarding an apartment that has been rented by the Defendant as lessee. The Defendant is expecting to receive a notice of eviction and wishes to appear in New York to seek an emergency grant for rental assistance and potentially freeze her monthly rental that is due. The Government has advised the Court that it has no objection to the motion. As a result the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Conditions of Release (#10) is hereby **ALLOWED.** The Defendant will be allowed to travel

1

from her home in California to New York, New York during the period from July 30, 2014 through August 29, 2014 for the purpose of attending to her business regarding her rental apartment. While in New York, the Defendant is specifically ORDERED not to conduct any business in the Diamond District of New York and specifically not to be involved in the purchase or sale of any diamond or stone. The undersigned has previously entered an addendum to the Order Setting Conditions of Release (#7) and incorporates such addendum herein by reference.

Signed: August 1, 2014

Dennis L. Howell
United States Magistrate Judge