IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 mj 28

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DINA GARFINKEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Dismiss Without Prejudice (#19) filed by the Government requesting that the charges against Defendant be dismissed without prejudice. It appears from the motion that counsel for the Defendant has been consulted and agrees to the dismissal.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss Without Prejudice (#19) is hereby **ALLOWED** and the allegations against the Defendant are dismissed without prejudice.

Signed: September 24, 2014

Dennis L. Howell
United States Magistrate Judge

1